```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 91-6065-CR-MOORE
                          MAGISTRATE JUDGE P.A. WHITE
DALE BROWN,               :

     Movant,              :
                                   REPORT RECOMMENDING DENIAL OF
v.                        :        CERTIFICATE OF APPEALABILITY
                                        MOTION TO VACATE
                                   AND MOTION FOR IN FORMA PAUPERIS
UNITED STATES OF AMERICA, :              (de#S 485 & 490)

     Respondent.          :
_____
```

This Cause is before the Court upon the motion of the movant for certificate of appealability pursuant to 28 U.S.C. §2253 and Fed.R.App.P. 22(b), both as amended April 24, 1996. The movant has also filed a motion to proceed in forma pauperis. This motion has been referred to the undersigned for consideration and report.

A certificate of appealability shall not issue unless the Court rules that upon one or more specific issues the movant has made a substantial showing of the denial of a constitutional right.

To merit a certificate of appealability, the appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issue he seeks to raise. See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

After reevaluation of the claims, if the Court grants such a certificate it must state which specific issue or issues satisfy the requirement that the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. §2253(c)(2) and (3). Review of the file in this case reveals that no such showing has been made.

The petitioner is attempting to appeal the denial of his petition for writ of Audita Querela. This petition, construed as a successive motion to vacate, was denied by the Honorable K. Michael Moore.

It is therefore recommended that the Court deny the motion for certificate of appealability. (DE#485)

The motion to proceed _in forma pauperis_ on appeal (DE#490) should therefore be denied, as the appeal is not taken in good faith. Further, review of the motion indicates that the movant has sufficient funds to pay the filing fee required by the Appellate Court.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 25th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Dale Brown, _Pro Se_
     Address of Record