UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 91-6065-CR-MOORE

**DALE BROWN**

    Movant

vs

**UNITED STATES OF AMERICA,**

    Respondent
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Patrick A. White's Report and Recommendation [496] on Movant's Motion for Certificate of Appealability issued November 25, 2008. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge White's Report and Recommendation is hereby **ADOPTED**. Movant's Motion for Certificate of Appealability [485] is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida this <u>30th</u> day of December, 2008.

                                                K. MICHAEL MOORE
                                              UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record
Dale Brown, #29087-004, A-4, Rivers Correctional Institution, P.O.Box 630, Winton, NC 27986